# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS WEEMS, an individual, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. CIV-09-443-JHP |
| CORRECTIONS CORPORATION OF AMERICA, foreign corporation, | ) |
|       Defendant. | ) |

## JUDGMENT

Pursuant to the jury verdict in this case in favor of the plaintiff, Dennis Weems, the Court enters judgment for the plaintiff in the following amounts:

| | |
|---|---|
| (A) Back Pay Recovery | $53,754.70 |
| (B) Liquidated Damages | $53,754.70 |
| (C) Front Pay (2 years) | $24,702.96 |
| (D) Medical Insurance (2 years) | $22,405.53 |
| Total | $154,617.89 |

Plus reasonable attorney fees, expert witness fees and costs pursuant to 38 U.S.C. §4323.

**IT IS SO ORDERED** this 16th day of November, 2010.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma

1