IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DENNIS WEEMS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CIV-09-443-JHP |
| ) | |
| 1. CORRECTIONS CORPORATION OF ) | |
| AMERICA, a foreign corporation ) | |
| ) | |
| ) | |
| Defendant. ) | |

### RELEASE AND SATISFACTION OF JUDGMENT

Plaintiff Dennis Weems hereby releases and discharges the Judgment; (Dkt # 67), the Bill of Costs (Dkt #68), Motion for Attorneys Fees (Dkt# 70), and Motion to Amend Judgment (Dkt# 71), entered herein on November 30, 3010. Plaintiff represents to the Court that the judgment, attorney's fees, prejudgment interest and costs have been paid in full and are thus hereby discharged with prejudice.

Respectfully submitted:

ARMSTRONG & LOWE, P.C.

*/s/ Charles C. Vaught*
**Charles C. Vaught, OBA #19962**
1401 South Cheyenne
Tulsa, Oklahoma   74119
(918)582-2500 Telephone
(918)388-0100 Fax
**Attorneys for Plaintiff**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of January 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System from filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel S. Sullivan    dsullivan@piercecouch.com
J. Heath Lofton    hlofton@piercecouch.com

                                  */s/ Charles C. Vaught*
                                  Charles C. Vaught